# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **GARREN R. KIRKWOOD,** <br><br> Defendant. | 18-PO-05021-JTJ <br><br> **VIOLATION:** <br> **6531155** <br> **Location Code: M23F** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a $30 processing fee for violation 6531155. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant is sentenced to five days jail time with credit for five days already served.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for February 7, 2019, is VACATED.

DATED this 14th day of January, 2019.

_____
John Johnston
United States Magistrate Judge